CHARLES A. SWEET, Appellant, *v.* THE BUFFALO, NEW YORK
   AND PHILADELPHIA RAILWAY COMPANY, Respondent.

THIS case presented the same question and was argued
and decided with *Sweet* v. *B. N. Y. and P. R. Co. (ante, p.
293).*

---

JOHN FAGAN, Respondent, *v.* THE MAYOR, ALDERMEN AND
   COMMOMALTY OF THE CITY OF NEW YORK, Appellant.

THIS case presented the same questions, and was argued
and decided with *Kennedy* v. *The Mayor (ante p. 361)*

---

SUSAN B. MILLER, *v.* EDWIN G. BOOTH et al.

SAMUEL B. HIGENBOTAM, Respondent, *v.* HENRY J. CUL-
   LEN, JR., Public Administrator, etc., Appellant.

(Submitted November 25, 1879; decided January 13, 1880.)

*Henry C. Andrews* for appellant.

*Samuel B. Higenbotam* respondent in person.

AGREE to affirm on opinion below.
All concur.
Order affirmed.